UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-01993-AYP                                    Date: April 24, 2026

Title    Xingang Zhao v. James Janecka et al

Present: The Honorable:    ANNA Y. PARK, UNITED STATES MAGISTRATE JUDGE

|  M. Pogosyan |  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings:  (In Chambers)  MINUTE ORDER DENYING TEMPORARY RESTRAINING ORDER, DKT. NO. 3.**

On April 21, 2026, Xingang Zhao ("Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition," Dkt. No. 1) and an Application for Temporary Restraining Order ("TRO," Dkt. No. 3). Petitioner is currently detained by Immigration and Customs Enforcement ("ICE") at Adelanto Detention Facility located in Adelanto, California, and seeks a TRO requiring Respondents to release him from detention.

This case is governed by Central District of California General Order 26-05, which was adopted in response to the substantial and increasing volume of § 2241 immigration habeas petitions filed in this District and to ensure their uniform, expedited, and orderly resolution on the merits. (*See* Dkt. No. 6.) The General Order establishes an accelerated briefing schedule—requiring a government answer within seven days of service and a prompt reply thereafter—along with procedures for immediate service and prompt adjudication of the petition in its entirety. Pursuant to the General Order, the Court set a briefing schedule for the petition for writ of habeas corpus in this case: Respondents' answer is due by April 28, 2026, and Petitioner's reply is due no later than 3 days after the answer is served. *Id*.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-01993-AYP                                    Date: April 24, 2026

Title    Xingang Zhao v. James Janecka et al

In light of this governing structure, Petitioner cannot demonstrate the requisite basis for emergency relief under *Winter v. Natural Resources Defense Council*, because the alleged harm is already addressed through the expedited adjudication of the underlying habeas petition. *Winter v. Natural Resources Defense Council*, 555 U.S. 7 (2008).

Accordingly, and because the expedited procedures established by General Order 26-05 provide for prompt resolution of the Petition itself, the Application for Temporary Restraining Order is DENIED without prejudice.

Respondents are ORDERED not to remove Petitioner from this judicial district pending the resolution of this matter.

**IT IS SO ORDERED.**

                                                                                    :
**Initials of Preparer**