JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINGANG ZHAO,<br><br>        Petitioner,<br><br>v.<br><br>JAMES JANECKA, et al.,<br><br>        Respondents. | Case No. 5:26-cv-01993-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 7, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE